# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510                                                          Telephone: (212) 317-1200
New York, New York 10165                                                             Facsimile: (212) 317-1620

> The pre-motion conference scheduled for tomorrow, June 28, 2022, is adjourned.
>
> The Clerk of Court is respectfully directed to terminate the letter motion, Doc. 31.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: June 27, 2022
> New York, New York

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

    Re:    **Najera et al v. Atmi Junior Laundromat Inc. et al.;**
              **Index No.  21-cv-01309-ER**

Dear Judge Ramos:

    We represent Plaintiff in the above referenced matter.  We write to advise the Court that Plaintiff consents to Defendants' request to adjourn the pre-motion conference scheduled for June 28, 2022.

    Thank you for your attention.

                                              Respectfully submitted,

                                              /s/*Jesse Barton*
                                              Jesse Barton, Esq.
                                              CSM Legal, P.C.

Cc: Edward Muccini, Esq., *Counsel for Defendants* (*Via ECF*)