**LAW OFFICE OF EDWARD J. MUCCINI P.C.**
242-03 NORTHERN BOULEVARD
DOUGLASTON, NEW YORK 11363
(718) 225-0205
F: (718) 225-0213
EDWARDMUCCINI@GMAIL.COM

April 3, 2023                                       **MEMO ENDORSED**

<u>**Via ECF**</u>
Hon. Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11038

      Re:   Adelina Najera v. Atmi Junior
             Laundromat and Atmi Kurtishi
             21 cv 1309 (ER)

Dear Judge Ramos:

    Plaintiff filed a letter to the Court today requesting that the Defendants' Post Trial Memorandum be rejected by the Court due to the fact it was filed three (3) business days after the Court imposed deadline. Defendants apologize to the Court for the late filing. I am a solo practitioner and I had a Murder trial and a Robbery First Degree trial scheduled for late last week and my failure to file on March 29, 2023 was a direct result of the preparation necessary to conduct trials in those matters.

    Defendants most respectfully request that the Court accept the late filing of the Post Trial Memorandum as it is relevant to the issue of ancillary jurisdiction. Further, the short delay in filing indisputably does not prejudice the Plaintiff in any manner whatsoever.

    Thank you very much for your consideration and attention to this letter and request.

                     Respectfully,

                     */s/ Edward J. Muccini*

                     Edward J. Muccini

---

Plaintiff's request that the Court reject Defendants' post-trial memorandum is denied.  SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: April 3, 2023
New York, New York