UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADELINA NAJERA, *individually and on behalf of others similarly situated*,

      *Plaintiff*,

  -against-

ATMI KURTISHI and ATMI JUNIOR LAUNDROMAT INC.,

      *Defendants.*

---

Docket No.: **21-cv-01309-ER**

**<u>JUDGMENT</u>**

 A bench trial was held in this action on February 15, 2023.  On July 13, 2023, the Court entered an Opinion and Order, holding that Defendants were liable to Plaintiff Najera on her claims for unpaid minimum wages and overtime wages, unpaid spread of hours wages, and liquidated damages under New York law, and notice and wage statement claims, for a total of $4,594.00. Subsequently, on January 17, 2024, the Court entered an Opinion and Order on Plaintiff Najera's motion for attorneys' fees and costs awarding counsel for Najera a total of $22,194.80.

 Judgment is entered in favor of Plaintiff Najera against Defendants, jointly and severally in the amount of $4,594.00. The Court also awards Plaintiff Najera the sum of $22,194.80 for attorneys' fees and costs. If any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

 March 20, 2024

              _____

              Edgardo Ramos, U.S.D.J.